People v Shakur S. (2023 NY Slip Op 03557)

People v Shakur S.

2023 NY Slip Op 03557

Decided on June 29, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 29, 2023

Before: Kern, J.P., Moulton, Mendez, Shulman, Rodriguez, JJ. 

Ind. No. 930/17 Appeal No. 591 Case No. 2019-3840 

[*1]The People of the State of New York, Respondent,
v
Shakur S., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kalani A. Browne of counsel), for respondent.

Judgment, Supreme Court, Bronx County (William I. Mogulescu, J., at plea; George R. Villegas, J. at sentencing), rendered May 17, 2018, convicting defendant of criminal possession of a firearm, adjudicating him a youthful offender, and sentencing him to a conditional discharge for a period of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fee imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, and with the People's consent, we
vacate the mandatory surcharge and fee imposed at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 29, 2023